GERARD R. LEVESQUE ET AL. *v.* D & M BUILDERS, INC., ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Philip Apter,* for the appellees (plaintiffs).

*Daniel E. Holland, Jr.,* for the appellants (defendants).

Argued January 7—decided January 7, 1975

JOYCE BERRY *v.* RONALD N. JONES

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Francis A. Smith, Jr.,* for the appellee (defendant).

*Donald W. Bicknell,* for the appellant (plaintiff).

Argued January 7—decided January 7, 1975

ROUNDHOUSE CONSTRUCTION CORPORATION *v.* RICHARD P. FISCHER ET AL.

The motion by William W. Sprague for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Superior Court in Fairfield County is granted to the extent that permission to file a brief is granted.

*William W. Sprague,* on the motion.

Submitted December 30, 1974—decided January 7, 1975